

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTIONS**

Cause number:            01-15-00266-CV

Style:                   Unocal Pipeline Co. v. BP Pipelines (Alaska) Inc., ConocoPhillips

                         Transportation Alaska, Inc. and ExxonMobil Pipeline Co.

Date motions filed[*]:   September 15, 2015

Type of motions:         Unopposed Motions to Appear *Pro Hac Vice* by Steven G. Reed and

                         Lara E. Romansic; Motions of Resident Attorney Michael V. Powell in

                         Support of Motions to Appear *Pro Hac Vice* by Steven G. Reed and

                         Lara E. Romansic

Parties filing motions:  Appellees BP Pipelines (Alaska) Inc., ConocoPhillips Transportation

                         Alaska, Inc., and ExxonMobil Pipeline Co.

Document to be filed:    N/A

Is appeal accelerated?        No.

Ordered that motions are:

    ☑ Granted

        If document is to be filed, document due:  N/A

    ☐ Denied
    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
    ☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
              ☒ Acting individually     ☐ Acting for the Court

Date:  September 17, 2015

November 7, 2008 Revision